```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA

VS.                                    CRIMINAL ACTION NO. 3:21CR81TSL
                                       CIVIL ACTION NO. 3:23CV76TSL

MARCO ANTONIO AVILES-AVILES

JUDGMENT

Pursuant to the court's memorandum opinion and order entered this day, it is hereby ORDERED AND ADJUDGED that defendant Marco Antonio Aviles-Aviles' motion to vacate under § 2255 is dismissed with prejudice.

SO ORDERED this 15th day of June, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE