```
                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION
```

MIKE JOHNSON                                              PLAINTIFF

VS.                         CIVIL ACTION NO. NO: 3:23CV76TSL-RPM

CITY OF JACKSON, MS, ET AL.                              DEFENDANTS

<u>ORDER</u>

This cause comes before the court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED this 14th day of May, 2024.


/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE

1